IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 06-20474-B |
| GEORGE BUTLER, | * | |
| Defendant. | * | |

**O R D E R**

Upon motion of the United States and for good cause shown, Magistrate Judge James Allen's ruling, issued on December 27, 2006 granting a bond to the defendant George Butler is stayed until the completion of a detention hearing set on Friday, December 29, 2006, at a time to be determined by the Court, before the Honorable Samuel H. Mays.

IT IS SO ORDERED this 27th day of December, 2006.

s/ J. Daniel Breen
United States District Judge